UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| RENATO R. RITTER, *et al.*, | |
| Plaintiff, | |
| vs. | 2:10-cv-634-RLH-RJJ |
| COUNTRYWIDE HOME LOANS, INC., *et al.*, | **DISMISSAL BY COURT FOR WANT OF PROSECUTION** |
| Defendants. | |

It appearing to the Court that this action has been pending in this Court for more than two hundred seventy (270) days without any proceeding having been taken therein during such period; now therefore,

IT IS ORDERED, ADJUDGED, AND DECREED that the remaining defendants in the above entitled action are hereby dismissed without prejudice for want of prosecution pursuant to provisions of LR 41-1 and the case is closed upon the records of this Court.

DATED: October 19, 2011

_____
ROGER L. HUNT
United States District Judge